**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| **KEVIN G. RIEGER** | ) | Case No. 13-28903 |
| | ) | |
| **Debtor.** | ) | Honorable Eugene R. Wedoff |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF**
**COMPENSATION FOR QUARLES & BRADY LLP,**
**ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE**
**BANKRUPTCY ESTATE OF KEVIN G. RIEGER, JR.**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $2,073.50 for 5.4 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) from August 2, 2013, to the present. In addition, Q&B requests reimbursement for necessary costs in the amount of $25.80.

In support of this Final Application, Trustee states as follows:

**I. COMMENCEMENT OF PROCEEDING**

1.    On July 19, 2013, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case, and Philip V. Martino was appointed Trustee.

2.    The 341 meeting was held September 4, 2013 and Trustee's initial report of assets was filed on September 9, 2013.

3.    On October 15, 2013, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to August 2, 2013.

4.    All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other

QB\24521894.1

person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

## NATURE OF LEGAL SERVICES PERFORMED BY QUARLES & BRADY LLP

5. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on August 2, 2013. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

6. Q&B drafted and presented the motion to retain Q&B as Trustee's General Counsel and began to prepare this motion for fees and costs. In connection with the foregoing, Q&B expended 4.0 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $1,667.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.5 |
| Sara K. Baker | 1.5 |
| Colleen A. Greer | 1.0 |

### B. ASSETS

7. On August 2, 2013, Trustee received an e-mail from Debtor's attorney indicating that Debtor would be turning over to Trustee the 2009 Minicooper S ("**Vehicle**") that Debtor identified on Schedule B. Q&B attorneys prepared the motion to sell the Vehicle to CarMax for $10,000.00. Debtor's exemption in the Vehicle was $2,400.00, resulting in the bankruptcy estate receiving $7,600.00 for the benefit of unsecured creditors. In addition, Q&B requested the $1,100.00 balance of cash on hand that Debtor did not take an exemption in. In connection with this matter, Q&B expended 1.4 hours for which it requests compensation of $406.00. An

itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2)**. The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Sarah K. Baker | .90 |
| Colleen A. Greer | .50 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

8. Since August 2, 2013, Q&B has devoted 5.4 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $2,073.50.

9. In addition, Q&B requests reimbursement for necessary costs in the amount of $25.80 for photocopy charges ($.10 per page) incurred for service of the motion to sell the Vehicle.

10. Attached as **Exhibit B** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

11. Attached as **Exhibit C** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $2,073.50 for actual, necessary and valuable professional services rendered;

B. Authorizing reimbursement of actual and necessary costs of $25.80; and

C. For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By:   /s/Philip V. Martino
         Trustee
Philip V. Martino
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

3

**Quarles & Brady** LLP

411 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

INVOICE SUMMARY

Tax ID No. 39-0432630

| | | |
|---|---|---|
| Invoice Number: | 1925539 | Privileged & Confidential |
| Invoice Date: | March 07, 2014 | |

Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through February 28, 2014
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 152851.00003

| | | |
|---|---|---|
| Current Fees: | $ | 1,037.50 |
| Current Total Due: | $ | 1,037.50 |
| **TOTAL AMOUNT DUE:** | **$** | **1,037.50** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 7 Trustee for Kevin G. Riegel  
RE: Professional Retention Chapter 7 Bankruptcy  
Q & B Matter Number: 152851.00003

March 07, 2014  
Invoice Number: 1925539  
Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 08/02/13 | Prepare draft of motion to retain Quarles & Brady as attorney for Trustee (.5). | CGREER | 0.50 |
| 12/26/13 | Prepare draft of Quarles & Brady fee application (.5). | CGREER | 0.50 |
| 01/02/14 | Review and revise first/final fee applications. | PMARTINO | 0.50 |
| 02/27/14 | Attend hearing on final fee application. | SBAKER | 1.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.50 | 630.00 | 315.00 |
| SBAKER | Sarah K. Baker | 1.50 | 365.00 | 547.50 |
| CGREER | Colleen A. Greer | 1.00 | 175.00 | 175.00 |
| Total | | 3.00 | | 1,037.50 |

Total Fees: $ 1,037.50

**Quarles & Brady** LLP

411 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

| | |
|---|---|
| Invoice Number: | 1925538 |
| Invoice Date: | March 07, 2014 |

Privileged & Confidential

Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through February 28, 2014
Re: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 152851.00005

| | | |
|---|---|---|
| Current Fees: | $ | 406.00 |
| Current Total Due: | $ | 406.00 |
| **TOTAL AMOUNT DUE:** | **$** | **406.00** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 7 Trustee for Kevin G. Rieger  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 152851.00005

March 07, 2014  
Invoice Number: 1925538  
Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 08/02/13 | Review emails regarding motion to sell vehicle and retain counsel in Reiger. | SBAKER | 0.20 |
| 08/02/13 | Prepare draft motion to sell vehicle to Debtor (.5). | CGREER | 0.50 |
| 08/05/13 | Review Motion to Retain and Sell (Reiger). | SBAKER | 0.30 |
| 10/07/13 | Review and respond to e-mail from M. DeSai regarding sale of vehicle to Debtor. | SBAKER | 0.20 |
| 10/10/13 | Review and respond to e-mail from M. Desai regarding sale of vehicle. | SBAKER | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 0.90 | 353.89 | 318.50 |
| CGREER | Colleen A. Greer | 0.50 | 175.00 | 87.50 |
| Total | | 1.40 | | 406.00 |

Total Fees: $ 406.00

**Quarles & Brady** LLP

411 East Kennedy Boulevard  
Suite 3400  
Tampa, FL 33602-5195  
Tel. 414.277.5000  
Fax 414.271.3552  
www.quarles.com

Attorneys at Law in:  
Chicago, Illinois  
Milwaukee and Madison, Wisconsin  
Naples and Tampa, Florida  
Phoenix and Tucson, Arizona  
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

| | |
|---|---|
| Invoice Number: | 1925537 |
| Invoice Date: | March 07, 2014 |

Privileged & Confidential

Quarles & Brady LLP  
300 North LaSalle Street, Suite 4000  
Chicago, IL 60654

For Professional Services Rendered Through February 28, 2014  
Re: General/Costs Chapter 7 Bankruptcy  
Q & B Matter Number: 152851.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 25.80 |
| Current Total Due: | $ | 25.80 |
| **TOTAL AMOUNT DUE:** | **$** | **25.80** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 7 Trustee for Kevin G. Riegel  
RE: General/Costs Chapter 7 Bankruptcy  
Q & B Matter Number: 152851.00006

March 07, 2014  
Invoice Number: 1925537  
Page 2

**DISBURSEMENTS:**

| | |
|---|---|
| Copy charges | 25.80 |
| Total Disbursements: | $ 25.80 |
| Total Fees and Disbursements: | $ 25.80 |

## **BIOGRAPHICAL INFORMATION**

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate for fiscal year 2013 was $565.00; and his current hourly billing rate is $630.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her hourly billing rate for fiscal year 2013 was 345.00; and her current hourly billing rate is $365.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 23 years. Her hourly billing rate is $175.00.

EXHIBIT C

QB\24521894.1

**STATE OF ILLINOIS** )
) SS
**COUNTY OF COOK** )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

EXHIBIT D

QB\24521894.1

10. I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.