EUGENE R. WEDOFF

**UNITED STATES BANKRUPTCY COURT**

NORTHERN  DISTRICT OF  ILLINOIS

CHICAGO  DIVISION

In re: § §
§
RIEGER, KEVIN G § Case No. 13-28903
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE BANKRUPTCY COURT
        219 SOUTH DEARBORN STREET,  ROOM 713
        CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/15/2014 in Courtroom 744,

        United States Courthouse
        219 South Dearborn
        Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/18/2014          By: Clerk of the Bankruptcy Court
                                                               Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
RIEGER, KEVIN G § Case No. 13-28903
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,700.00 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 8,680.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 1,620.00 | $ 0.00 | $ 1,620.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 2,073.50 | $ 0.00 | $ 2,073.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 25.80 | $ 0.00 | $ 25.80 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,719.30 |
| Remaining Balance | | $ | 4,960.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,820.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 63.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,514.99 | $ 0.00 | $ 4,766.87 |
| 000002 | Bakal Dermatology Assoc | $ 305.57 | $ 0.00 | $ 193.83 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,960.70 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                     Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-28903-ERW
Kevin G Rieger                                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster            Page 1 of 2            Date Rcvd: Mar 19, 2014
                              Form ID: pdf006            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2014.
```
db          +Kevin G Rieger,   308 Linden Rd N,    Prospect Heights, IL 60070-1461
20749019    +BAC Home Loans,   c/o Reisenfield & Assoc,   3962 Red Bank Road,   Cincinnati, OH 45227-3408
20749021    +Bakal Dermatology Assoc,   1786 Moon Lake Blvd, #100,   Hoffman Estates, IL 60169-1016
20749022     Bank of America,   4161 Piedmont Pkwy,   Simi Valley, CA 93065
20749023    +Bb&B/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
20749025    +Citi Cards,   PO Box 689186,   Des Moines, IA 50368
20749027    +Codilis & Associates,   15W030 North Frontage Rd,   Suite 100,   Burr Ridge, IL 60527-6921
20749028    +Comcast,   PO Box 3002,   Southeastern, PA 19398-3002
20749029    +Contract Callers Inc,   1058 Claussen Rd Ste 110,   Augusta, GA 30907-0301
20749030    +Credit Management Lp,   4200 International Pkwy,   Carrollton, TX 75007-1912
20749031    +Credit Protection Association,   13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
20749033    +Diversified Collections Services,   333 North Canyons Parkway,   Ste 100,
              Livermore, CA 94551-9480
20749034   #+Dyck O'Neal,   15301 Sprectrum,   Addison, TX 75001-6436
20749035   #+Eaf Llc,   1120 West Lake Co Suite B,   Buffalo Grove, IL 60089-1970
20749037    +Fairway Preserve at Olde Cypress,   7995 Preserve Circle,   Naples, FL 34119-9788
20749040    +GMAC LLC,   c/o Gabriel N Antman,   77 W Washington #719,   Chicago, IL 60602-3274
20749041    +HBLC, Inc.,   c/o Steven Fink,   25 E Washington Suite 1233,   Chicago, IL 60602-1876
20749042     HSBC Bank Nevada,   P.O. Box 5244,   Carol Stream, IL 60197-5244
20749044    +Law office of Kenneth Ditkowsky,   5940 W. Touhy Ave.,   Ste 230,   Niles, IL 60714-4604
20749045    +Michael A. Durant, ESQ,   2210 Vanderbilt Beach Rd.,   Ste 1201,   Naples, FL 34109-8721
20749047    +Performant Recovery,   PO Box 9054,   Pleasanton, CA 94566-9054
20749048    +ProVest LLC,   4520 Seedling Circle,   Tampa, FL 33614-2400
20749049    +River Walk Condominuin,   c/o Kovitz Shifrin and Nesbit,   750 Lake Cook Rd Suite 350,
              Buffalo Grove, IL 60089-2088
20749050     Riverwalk Condomin Assoc,   W. L. Seymour Inc.,   800 E. Northwest Hwy., Ste 120,
              Palatine, IL 60074-6595
20749026    +codilis & Associates,   15W030 North Frontage Rd,   Suite 100,   Willowbrook, IL 60527-6921
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20749016    +E-mail/Text: ACF-EBN@acf-inc.com Mar 20 2014 01:27:32     Atlantic Credit,   2727 Franklin Road,
              Roanoke, VA 24014-1011
20749017    +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Mar 20 2014 01:27:30     Aurora Bank FSB,
              10350 Park Meadows Dr.,   Littleton, CO 80124-6800
20749018     E-mail/Text: ALSBankruptcy@aurorabankfsb.com Mar 20 2014 01:27:30     Aurora Loan Services,
              PO Box 1706,   Scottsbluff, NE 69363-1706
21056939    +E-mail/Text: contact@csicollects.com Mar 20 2014 01:30:22     Bakal Dermatology Assoc,
              c/o Certified Services Inc,   PO Box 177,   Waukegan, IL 60079-0177
20749024    +E-mail/Text: contact@csicollects.com Mar 20 2014 01:30:22     Certified Services Inc,
              1733 Washington St Ste 2,   Waukegan, IL 60085-5192
20749032     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2014 01:41:14     Discover Fin,   Pob 15316,
              Wilmington, DE 19850
20982911     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2014 01:41:14     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
20794433    +E-mail/Text: lweidhaas@dyckoneal.com Mar 20 2014 01:28:58     Dyck-O'Neal, Inc.,   P.O. Box 13370,
              Arlington, TX 76094-0370
20749036    +E-mail/Text: bknotice@erccollections.com Mar 20 2014 01:29:02     Enhanced Recovery Co LLC,
              8014 Bayberry Rd,   Jacksonville, FL 32256-7412
20749039     E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2014 01:41:06     GE Money Bank,   PO Box 981127,
              El Paso, TX 79998-1127
20749043    +E-mail/Text: sweinberg@ista-na.com Mar 20 2014 01:30:19     ISTA,   7825 Baymeadows Way,
              Jacksonville, FL 32256-7584
20749046    +E-mail/Text: bankruptcydpt@mcmcg.com Mar 20 2014 01:28:45     Midland Funding,
              8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20749020      BAC Tax Services Corporation,   450 American St, Mail Stop SV3-24
20749038   ##+Fidelity Life Ass,   1211 W. 22nd St,   Oak Brook, IL 60523-3213
                                                                                 TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: gbeemster              Page 2 of 2              Date Rcvd: Mar 19, 2014
                              Form ID: pdf006              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2014 at the address(es) listed below:
              Kenneth C Swanson, Jr    on behalf of Debtor Kevin G Rieger kc@chicagobankruptcyattorney.com,
               kc_swanson@hotmail.com;sanddcourtnotice@gmail.com
              Mehul D Desai     on behalf of Debtor Kevin G Rieger md@chicagobankruptcyattorney.com,
               sanddcourtnotice@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Sarah   Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               stella.love@quarles.com
                                                                                              TOTAL: 5
```