EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIEGER, KEVIN G | § | Case No. 13-28903 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atlantic Credit 2727 Franklin Road Roanoke, VA 24014 | | | | | |
| | Aurora Bank FSB 10350 Park Meadows Dr. Littleton, CO 80124 | | | | | |
| | Aurora Bank FSB 10350 Park Meadows Dr. Littleton, CO 80124 | | | | | |
| | Aurora Loan Services PO Box 1706 Scottsbluff, NE 69363-1706 | | | | | |
| | BAC Home Loans c/o Reisenfield & Assoc 3962 Red Bank Road Cincinnati, OH 45227 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Tax Services Corporation 450 American St, Mail Stop SV3-24 | | | | | |
| | Bank of America 4161 Piedmont Pkwy Simi Valley, CA 93065 | | | | | |
| | Bb&B/Cbna Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL 60085 | | | | | |
| | Citi Cards PO Box 689186 Des Moines, IA 50368-9186 | | | | | |
| | Comcast PO Box 3002 Southeastern, PA 19398 | | | | | |
| | Contract Callers Inc 1058 Claussen Rd Ste 110 Augusta, GA 30907 | | | | | |
| | Credit Management Lp 4200 International Pkwy Carrollton, TX 75007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Protection Association 13355 Noel Rd Ste 2100 Dallas, TX 75240 | | | | | |
| | Diversified Collections Services 333 North Canyons Parkway Ste 100 Livermore, CA 94551-7661 | | | | | |
| | Dyck O'Neal 15301 Sprectrum Addison, TX 75001 | | | | | |
| | Eaf Llc 1120 West  Lake Co Suite B Buffalo Grove, IL 60089 | | | | | |
| | Enhanced Recovery Co LLC 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Fairway Preserve at Olde Cypress 7995 Preserve Circle Naples, FL 34109 | | | | | |
| | Fidelity Life Ass 1211 W. 22nd St Oak Brook, IL 60523 | | | | | |
| | GE Money Bank PO Box 981127 El Paso, TX 79998-1127 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC LLC c/o Gabriel N Antman 77 W Washington #719 Chicago, IL 60602 | | | | | |
| | HBLC, Inc. c/o Steven Fink 25 E Washington Suite 1233 Chicago, IL 60602 | | | | | |
| | HSBC Bank Nevada P.O. Box 5244 Carol Stream, IL 60197-5244 | | | | | |
| | ISTA 7825 Baymeadows Way Jacksonville, FL 32256 | | | | | |
| | ISTA 7825 Baymeadows Way Jacksonville, FL 32256 | | | | | |
| | ISTA 7825 Baymeadows Way Jacksonville, FL 32256 | | | | | |
| | Law office of Kenneth Ditkowsky 5940 W. Touhy Ave. Ste 230 Niles, IL 60714 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Performant Recovery PO Box 9054 Pleasanton, CA 94566 | | | | | |
| | ProVest LLC 4520 Seedling Circle Tampa, FL 33614 | | | | | |
| | River Walk Condominuin c/o Kovitz Shifrin and Nesbit 750 Lake Cook Rd Suite 350 Buffalo Grove, IL 60089 | | | | | |
| | Riverwalk Condomin Assoc W. L. Seymour Inc. 800 E. Northwest Hwy., Ste 120 Palatine, IL 60074-6595 | | | | | |
| 000002 | BAKAL DERMATOLOGY ASSOC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-28903 | ERW | Judge: EUGENE R. WEDOFF |
| Case Name: | RIEGER, KEVIN G | | |
| For Period Ending: | 05/14/14 | | |

| Trustee Name: | PHILIP V. MARTINO |
| Date Filed (f) or Converted (c): | 07/19/13 (f) |
| 341(a) Meeting Date: | 09/04/13 |
| Claims Bar Date: | 12/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CASH ON HAND | 3,000.00 | 1,100.00 | | 1,100.00 | 0.00 |
| 2. TCF BANK CHECKING ACCOUNT | 1,600.00 | 0.00 | | 0.00 | FA |
| 3. CHASE BANK CHECKING ACCOUNT | 400.00 | 0.00 | | 0.00 | FA |
| 4. BED AND OLD COUCH | 350.00 | 0.00 | | 0.00 | FA |
| 5. USED CLOTHING | 350.00 | 0.00 | | 0.00 | FA |
| 6. WALTHER 9MM | 600.00 | 0.00 | | 0.00 | FA |
| 7. 401K- JPMORGAN CHASE | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. IRA- MIDLAND | 17,800.00 | 0.00 | | 0.00 | FA |
| 9. IRA AMERICAN | 11,000.00 | 0.00 | | 0.00 | FA |
| 10. 2009 MINI COOPER S | 11,000.00 | 7,600.00 | | 7,600.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $47,600.00 | $8,700.00 | | $8,700.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/01/14     Current Projected Date of Final Report (TFR): 07/01/14

FORM 2   Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-28903 -ERW | |
| Case Name: | RIEGER, KEVIN G | |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******9879  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******2305 |
| For Period Ending: | 05/14/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 8,680.00 | | 8,680.00 |
| 04/02/14 | 005001 | INTERNATIONAL SURETIES, LTD. | Pro Rata Bond 016026455 | 2300-000 | | 8.50 | 8,671.50 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/17/14 | 005002 | Philip V. Martino, Trustee | Trustee Compensation | 2100-000 | | 1,620.00 | 7,051.50 |
| 04/17/14 | 005003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | | 1,608.30 | 5,443.20 |
| | | | Fees           1,582.50 | 3110-000 | | | |
| | | | Expenses          25.80 | 3120-000 | | | |
| 04/17/14 | 005004 | Discover Bank | Claim 000001, Payment 69.60116% | 7100-000 | | 5,230.52 | 212.68 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 04/17/14 | 005005 | Bakal Dermatology Assoc | Claim 000002, Payment 69.60107% | 7100-000 | | 212.68 | 0.00 |
| | | c/o Certified Services Inc | | | | | |
| | | PO Box 177 | | | | | |
| | | Waukegan, IL 60079 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 8,680.00 | 8,680.00 | 0.00 |
| Less:  Bank Transfers/CD's | 8,680.00 | 0.00 | |
| Subtotal | 0.00 | 8,680.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 8,680.00 | |

| | | |
|---|---|---|
| Page Subtotals | 8,680.00 | 8,680.00 |

Ver: 17.05d

FORM 2

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-28903 -ERW | |
| Case Name: | RIEGER, KEVIN G | |
| | | |
| Taxpayer ID No: | *******2305 | |
| For Period Ending: | 05/14/14 | |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0101  Congressional Bank Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/13 | 10 | James Rieger | Payment for Cooper | 1129-000 | 7,600.00 | | 7,600.00 |
| 11/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,590.00 |
| 12/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,580.00 |
| 02/06/14 | 1 | Kevin Rieger | Bank Account Balance | 1129-000 | 1,100.00 | | 8,680.00 |
| 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 8,680.00 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 8,700.00 | 8,700.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 8,680.00 | |
| Subtotal | 8,700.00 | 20.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 8,700.00 | 20.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9879 | 0.00 | 8,680.00 | |
| Congressional Bank Checking Account - *******0101 | 8,700.00 | 20.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 8,700.00 | 8,700.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          8,700.00          8,700.00

Ver: 17.05d